| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0:21-CR-60221-AHS(1) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Omar Urena | Southern District of Florida | Fort Lauderdale |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Raag Singhal, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/14/2023 — TO 06/13/2026 |

OFFENSE
Count One: Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §922(g)(1)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Residing in the District of Nevada. No ties to the Southern District of Florida.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   FLORIDA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3 May 2024
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 13, 2024
*Effective Date*

_____
*United States District Judge*

1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Omar Urena

Case No.: To be assigned

### REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION

June 9, 2024

TO:     United States District Judge

On January 11, 2022, Mr. Urena was sentenced in the Southern District of Florida to 27 months imprisonment followed by 3 years of supervised release for committing the offenses of Felon in Possession of Firearm (Case # 0:21CR60221). On June 14, 2023, his supervision commenced in the District of Nevada.

Mr. Urena has significant ties to our community and intends to remain in our district for the duration of supervised release. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Raag Singhal agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

                                                                   Respectfully submitted,

                                                                   _____
                                                                   Zachary Warner
                                                                   United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer