RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Omar Urena

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>OMAR URENA,<br><br>         Defendant. | Case No. 2:24-cr-00135-JCM-EJY<br><br>**STIPULATION TO CONTINUE 12D HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jacob Haile Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Omar Urena, that the 12D Hearing currently scheduled on September 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict with the currently scheduled date.

2. The government is out of the district on the currently scheduled date.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the 12D hearing.

DATED this 29th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Heidi A. Ojeda<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ Jacob Haile Operskalski<br>JACOB HAILE OPERSKALSKI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR URENA,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00135-JCM-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the 12D hearing currently scheduled for September 4, 2024 at 10:00 a.m., be vacated and continued to **October 7, 2024, at 10:00 a.m.;** or to a time and date convenient to the court.

　　　DATED August 30, 2024.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE