RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Omar Urena

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OMAR URENA,<br><br>        Defendant. | Case No. 2:24-cr-00135-JCM-EJY<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Jacob Operskalski, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Omar Urena, that the Status Conference currently scheduled on April 9, 2025 be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

      1.    Defense counsel will be in trial in the matter of USA v. Fain on the currently scheduled hearing date.

      2.    The parties require additional time for negotiations to determine whether this matter may be resolved short of a contested revocation hearing.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 1st day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jacob Operskalski<br>JACOB OPERSKALSKI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00135-JCM-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| OMAR URENA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Wednesday, April 9, 2025 at 10:00 a.m., be vacated and continued to **Wednesday, April 23, 2025  at the hour of 10:00 a.m.**

DATED April 2, 2025.

_____
UNITED STATES DISTRICT JUDGE